IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL HATCHER, | No. C 09-04286 SBA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On September 15, 2009, Plaintiff filed a document with the Court entitled, "Motion to Proceed Pro Se," which was construed as an attempt to file a civil rights complaint. On the same date, the Clerk of the Court sent a notice to Plaintiff informing him that his action could not go forward until he completed the Court's civil rights complaint form. The Clerk sent Plaintiff a blank civil rights complaint form and a blank in forma pauperis (IFP) application. He was directed to complete the civil rights complaint within thirty days or his action would be dismissed. He was also directed to either pay the full filing fee or return a completed IFP application within the thirty-day period. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the IFP application, completed the civil rights complaint form, or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 12/3/09

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.09\Hatcher4286.DisIFP-Complaint.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL HATCHER, | Case Number: CV09-04286 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED STATES OF AMERICA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donell Hatcher
Federal Detention Center - Camp Parks
5675 8th Street
Dublin, CA 94568

Dated: December 4, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.09\Hatcher4286.DisIFP-Complaint.wpd